UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION-DETROIT

In Re:

**DOUGLAS E. & REGINA M. SALER**

Bankruptcy No.:11-42831
Chapter 13
Judge: McIvor

Debtor.
_____ /

**DOUGLAS E. & REGINA M. SALER,**

       Plaintiff,

v.

Adversary No. 11-04708
Judge: McIvor

**JP Morgan Chase Bank, N.A.,**
       Defendant.
_____ /

## ORDER FOR ENTRY OF DEFAULT JUDGMENT

This matter having come before the Court upon the Application for Entry of Default Judgment and the Affidavit for Entry of Default Judgment, and the Court being otherwise advised in the premises,

**IT IS ORDERED** that upon completion of the Debtor's Chapter 13 plan and the entry of a Chapter 13 discharge order in bankruptcy case number 11-42831, the mortgage ("Mortgage") dated August 1, 2005, covering the following described property ("Property") situated in the City of Farmington Hills, County of Oakland, State of Michigan, and further described as follows:

    Land in the City of Farmington Hills, County of Oakland, State of Michigan

    Lot 41, Windbrook Subdivision, as recorded in Liber 89, Page 17, of Plats, Oakland County Records
    Commonly known as: 31195 Tiverton, Farmington Hills, MI

    Tax ID: 23-05-227-001

recorded in the Oakland County Register of Deeds on August 8, 2005, Liber 36026, Page 487, will be stripped from the Property and discharged.

**IT IS FURTHER ORDERED** that upon completion of the Debtor's Chapter 13 plan and the entry of a Chapter 13 discharge order in bankruptcy case number 11-42831, the Debtor

may record a certified copy of this order, with a copy of the Debtor's Chapter 13 discharge order attached, with the Macomb County Register of Deeds, which will constitute and effectuate the discharge of the Mortgage.

**IT IS FURTHER ORDERED** that if the Debtor fails to complete the Debtor's Chapter 13 plan and obtain a Chapter 13 discharge order in bankruptcy case number 11-42831, this order does not affect the validity or enforceability of the Mortgage and may not be used in any subsequent bankruptcy case of the Debtor either to compel the holder of the Mortgage to execute a discharge of the Mortgage, or to otherwise act as a discharge of the Mortgage.